THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE MELTON,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | CASE NO. C22-0611-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to amend her complaint and to remand (Dkt. No. 11). Finding good cause, the motion is GRANTED. Upon the filing with this Court of an executed version of Plaintiff's proposed amended complaint (Dkt No. 12 at 17–27), the Clerk is DIRECTED to remand this matter to King County Superior Court, Cause No. 22-2-04716-0 SEA.

DATED this 7th day of July 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C22-0611-JCC
PAGE - 1